**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Nicholas CASTILLO, Defendant–**
**Appellant.**

**No. 09–10143**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2009.

Susan B. Cowger, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

George E. Bowles, Locke Lord Bissell & Liddell, LLP, Dallas, TX, for Defendant–Appellant.

Nicholas Castillo, El Reno, OK, pro se.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Nicholas Castillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Castillo has filed a response. Our independent review of the record, counsel's brief, and Castillo's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

2. 21 U.S.C. § 844(a).

3. 412 F.3d 572 (5th Cir.2005).

4. 24 I. & N. Dec. 382 (BIA 2007).

5. 570 F.3d 263 (5th Cir.2009), *cert. denied* —— U.S. ——, 130 S.Ct. 1012, —— L.Ed.2d —— (2009).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.